# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

LAW OFFICES OF KANNER & PINTALUGA, P.A.,

Appellant,

v.

LAW OFFICES OF SCHWARTZ & ZONAS, LLP,

Appellee.

No. 2D20-3468

_____

September 3, 2021

Appeal from the Circuit Court for Collier County; Lauren Brodie, Judge.

Mahra Sarofsky, Jennifer Rosenblum, and Jonathan S. Glickman of Slusher & Rosenblum, P.A., West Palm Beach, for Appellant.

Alan F. Hamisch and James J. Zonas of Hamisch & Hurvitz, PLLC, Naples, for Appellee.

PER CURIAM.

Affirmed.

CASANUEVA, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

———————————————————

Opinion subject to revision prior to official publication.